No. 88. BARTSCH *v.* METRO-GOLDWYN-MAYER, INC. C. A. 2d Cir. Certiorari denied. *Monroe E. Stein* and *Stanley Rothenberg* for petitioner. *Eugene L. Girden* for respondent.

No. 97. POWE ET VIR *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *M. M. Roberts* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Carolyn R. Just* for respondent.

No. 99. CINCINNATI GAS & ELECTRIC CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 6th Cir. Certiorari denied. *Walter E. Beckjord* for Cincinnati Gas & Electric Co., and *William A. McClain* for City of Cincinnati, petitioners. *Solicitor General Griswold, Richard A. Solomon,* and *Peter H. Schiff* for Federal Power Commission; *J. David Mann, Jr.,* for City of Hamilton; and *Christopher T. Boland, George J. Meiburger,* and *Robert O. Koch* for Texas Gas Transmission Corp., respondents.

No. 100. SUTHER *v.* CITY OF MIDFIELD, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 101. DENIRO ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *James J. Carroll* for petitioners. *Solicitor General Griswold* for the United States.

No. 102. SHAPARD *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. *David C. Shapard* for petitioner. *G. T. Blankenship,* Attorney General of Oklahoma, and *Penn Lerblance,* Assistant Attorney General, for respondent.